IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY BRIAR SCHOENWALD,<br><br>Defendant. | CR 20-20-BU-DLC<br><br>ORDER |

Based on the motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that the motion to interlineate is GRANTED. During Defendant Schoenwald's appearance at his change of plea hearing, the Clerk shall update the superseding information (Doc. 31), striking the term "indictment" to reflect the correct term "superseding information" in the forfeiture allegation.

DATED this 3rd day of November, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1