IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–20–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| GREGORY BRIAR SCHOENWALD, | |
| Defendant. | |

Before the Court is the government's Unopposed Motion for Final Order of Forfeiture and Return of Firearms and Ammunition to Third Party. (Doc. 61.) After reviewing the motion and supporting brief (Docs. 61, 62), the Court enters the following FINDINGS:

(1)     The United States commenced this action pursuant to 18 U.S.C. § 924(d).

(2)     The Court entered an amended preliminary order of forfeiture on December 22, 2020. (Doc. 50.)

(3)     All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 51.)

(4)     Timm Schoenwald made a valid claim to the firearms and ammunition. The United States represents that it will return the property to Timm

1

Schoenwald, because he is not prohibited from possessing the firearms and ammunition, and Timm Schoenwald has agreed not to return the firearms and ammunition to Defendant Gregory Briar Schoenwald.

Accordingly, IT IS ORDERED that:

(1)    The motion for final order of forfeiture (Doc. 61) is GRANTED.

(2)    The United States shall return the following property to Timm Schoenwald:

- New England Firearms rifle, caliber unknown, SN: NT259694;
- DPMS, model A15, .223 caliber rifle, SN: FFH141578;
- Marlin, model Golden 39A Mountie, .22 caliber rifle, SN: W1112;
- Unknown manufacturer, .22 caliber rifle, SN: 915;
- Stoeger Arms, rifle, SN: C654649-11;
- Remington, model 1100, 12-gauge shotgun, SN: L218308V;
- Sako, model AI, .223 caliber rifle, SN: NT259694;
- Ithaca, model 49, .22 caliber rifle, SN: none;
- Ruger, model 10/22, .22 caliber rifle, SN: 250-63973;
- Browning, model BPS, 12-gauge shotgun, SN:10685PW152;
- Unknown manufacturer, .22 caliber rifle, SN: 230-20178;
- Henry Repeating Rifle, SN: V026204H;
- Norinco, model SKS, 7.62 caliber rifle, SN: 18009585K;
- Ruger, model 22 Charger, .22 caliber pistol, SN: 490-03867;
- FEG, model P9M, 9mm pistol, SN: YG06589;
- Ruger, model Mark II Target, .22 caliber pistol, SN: 18-44975;
- Smith & Wesson, model 53, .22 caliber pistol, SN: K440924;
- Taurus, model The Judge, 45/410 revolver, SN: BX707755;
- Smith & Wesson, model Highway Patrolman, .357 caliber revolver, SN: N250255;
- Polymer80, pistol, no serial number;
- Ruger, model SR1911, .45 caliber pistol, SN: 672-82799; and
- Assorted ammunition.

DATED this 7th day of July, 2021.

Dana L. Christensen, District Judge
United States District Court